ORIGINAL

Harvey Holland #EP8162
1000 Follies Rd
Dallas PA 18612


Criminal No. 1:CR-01-195 06

**FILED**
**HARRISBURG, PA**

APR 0 8 2005

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

To. Clerk of the Court


Please be advised that I am the above
Mentioned defendant, and I Would be highly
Appreciate if your office Would forward
   To me a Copy of the docket sheet in
The above Criminal matter.



                    Thank you

Name Harvey F Holland

Number ER8162-L-Block-cell-2 9

**State Correctional Institution at Dallas**
1000 Follies Road, Dallas, Pa. 18612

office of the Clerk
united States district Court
228 Walnut Street

p.o. Box 983

Harrisburg