

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
*Clerk of Court*

April 29, 2005

(717) 221-3920
FAX (717) 221-3959

William A. Behe, AUSA
U.S. Attorney's Office
Room 217 Federal Building
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108

Gregory B. Abeln
Abeln Law Offices
37 East Pomfret St.
Carlisle, PA 17013

    IN RE: U.S.A. vs. Harvey Holland
           1:CR-01-00195-006

Dear Counsel:

    Please be advised the hearing on Defendant's remaining claims in his motion to vacate, set aside, or correct sentence scheduled for May 3, 2005, at 9:30 a.m. In this matter has been continued generally. When a new date and time have been set, you will be notified.

    Thank you for your consideration in this matter.

Very truly yours,

MARY E. D'ANDREA

Ann Severino-Michael
~~Deputy~~ Clerk

cc: Judge William W. Caldwell
    U.S. Probation
    U.S. Marshal
    Harvey Holland (via counsel)
    Wes Armstrong, Lori Shuey & Wendy Yinger, Court Reporter(s)