```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,       :
        Plaintiff
                                :

        vs.                     :   CRIMINAL NO.  1:CR-01-195-06

                                :
HARVEY HOLLAND,
        Defendant               :
```

O R D E R

AND NOW, this 6th day of May, 2005, it is Ordered that the hearing on the remaining claims in this case will be held on Wednesday, May 25, 2005, at 9:30 a.m. in Court Room No. 1, ninth floor, Federal Building, 228 Walnut Street, Harrisburg, PA.


                                                /s/William W. Caldwell
                                             William W. Caldwell
                                             United States District Judge