IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No.  1:CR-01-195-06 |
| ) | (Judge Caldwell) |
| v. ) | (Electronically filed) |
| ) | |
| HARVEY HOLLAND ) | |

MOTION FOR THE COURT TO ISSUE A WRIT OF
<u>HABEAS CORPUS AD PROSEQUENDUM</u>

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

    **NOW COMES** Thomas A. Marino, United States Attorney in and for the Middle District of Pennsylvania, and would respectfully show the Court:

    1.  That there is now pending in this Court and undisposed of a certain criminal case charging the said **HARVEY HOLLAND, INMATE NO. EP8162,** with violations of Title 21, United States Code, Section 841(a)/846.

    2.  That the said **HARVEY HOLLAND** is now in the custody of the **SCI-DALLAS.**

    **WHEREFORE**, on behalf of the United States of America, the said Thomas A. Marino, United States Attorney, prays your Honorable Court to grant and issue a writ of habeas corpus ad prosequendum to have the said **HARVEY HOLLAND** brought before the United States District Court for the Middle District of Pennsylvania at the United States Courthouse, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania on May 25, 2005, at 9:30 a.m. for a hearing.

    Respectfully submitted,

    THOMAS A. MARINO
    UNITED STATES ATTORNEY

    /s/ WILLIAM A. BEHE
    WILLIAM A. BEHE
    Assistant U.S. Attorney
    228 Walnut Street
    P.O. Box 11754
    Harrisburg, PA 17108
    717/221-4482 (Office)
    717/221-2246 (Fax)
    WILLIAM.BEHE@USDOJ.GOV
    Bar No. PA-32284