**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal No.  1:CR-01-195-06** |
| | ) | **(Judge Caldwell)** |
| **v.** | ) | **(Electronically filed)** |
| | ) | |
| **HARVEY HOLLAND** | ) | |

**MOTION FOR THE COURT TO ISSUE A WRIT OF
HABEAS CORPUS AD PROSEQUENDUM**

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

    **NOW COMES** Thomas A. Marino, United States Attorney in and for the Middle District of Pennsylvania, and would respectfully show the Court:

    1.  That there is now pending in this Court and undisposed of a certain criminal case charging the said **HARVEY HOLLAND, INMATE NO. EP8162,** with violations of Title 21, United States Code, Section 841(a)/846.

    2.  That the said **HARVEY HOLLAND** is now in the custody of the **SCI-DALLAS.**

    **WHEREFORE**, on behalf of the United States of America, the said Thomas A. Marino, United States Attorney, prays your Honorable Court to grant and issue a writ of habeas corpus ad prosequendum to have the said **HARVEY HOLLAND** brought before the United States District Court for the Middle District of Pennsylvania at the United States Courthouse, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania on May 25, 2005, at 9:30 a.m. for a hearing.                .

                        Respectfully submitted,

                        THOMAS A. MARINO
                        UNITED STATES ATTORNEY

                        /s/ WILLIAM A. BEHE
                        WILLIAM A. BEHE
                        Assistant U.S. Attorney
                        228 Walnut Street
                        P.O. Box 11754
                        Harrisburg, PA 17108
                        717/221-4482 (Office)
                        717/221-2246 (Fax)
                        WILLIAM.BEHE@USDOJ.GOV
                        Bar No. PA-32284