UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

N O T I C E

UNITED STATES OF AMERICA         CASE NO. CR-01-00195-006

vs.                              *Judge Caldwell*

HARVEY HOLLAND

---

**Type of Case:**
( ) Civil     (X) Criminal

(xx) Take Notice that the proceeding in this case has been **RESCHEDULED** for the place, date, and time set forth below:

U.S. District Court          COURTROOM NO. 1 - Ninth Floor
228 Walnut Street            FROM: May 25, 2005 at 9:30 a.m.
Harrisburg, PA               TO: June 16, 2005 at 9:30 a.m.

TYPE OF PROCEEDING:          2255 Hearing on Remaining Claims

**NOTE: Attorneys and clients appearing for pleas are expected to be in the courtroom ten minutes prior to the time court is scheduled to begin to sign the appropriate paperwork.**

Mary E. D'Andrea, Clerk

Ann Severino-Michael
Deputy Clerk

DATED: May 23, 2005

Judge William W. Caldwell
William A. Behe, AUSA
Gregory B. Abeln, Esquire
U.S. Marshal
U.S. Probation
Harvey Holland (IN CUSTODY)
Wes Armstrong, Lori Shuey, Wendy Yinger, Court Reporter(s)
File Copy

FILED
HARRISBURG, PA

MAY 23 2005

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk