IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:CR-01-195-06 |
| | ) | (Judge Caldwell) |
| v. | ) | (Electronically filed) |
| | ) | |
| HARVEY HOLLAND | ) | |

**MOTION FOR THE COURT TO ISSUE A WRIT OF**
<u>**HABEAS CORPUS AD PROSEQUENDUM**</u>

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

   **NOW COMES** Thomas A. Marino, United States Attorney in and for the Middle District of Pennsylvania, and would respectfully show the Court:

   1.  That there is now pending in this Court and undisposed of a certain criminal case charging the said **HARVEY HOLLAND, INMATE NO. EP8162,** with violations of Title 21, United States Code, Section 841(a)/846.

   2.  That the said **HARVEY HOLLAND** is now in the custody of the **SCI-DALLAS.**

   **WHEREFORE**, on behalf of the United States of America, the said Thomas A. Marino, United States Attorney, prays your Honorable Court to grant and issue a writ of habeas corpus ad prosequendum to have the said **HARVEY HOLLAND** brought before the United States District Court for the Middle District of Pennsylvania at the United States Courthouse, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania on June 16, 2005, at 9:30 a.m. for a hearing.                    .

Respectfully submitted,

THOMAS A. MARINO
UNITED STATES ATTORNEY

<u>/s/ WILLIAM A. BEHE</u>
WILLIAM A. BEHE
Assistant U.S. Attorney
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108
717/221-4482 (Office)
717/221-2246 (Fax)
WILLIAM.BEHE@USDOJ.GOV
Bar No. PA-32284