**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal No.  1:CR-01-195-06** |
| | ) | **(Judge Caldwell)** |
| **v.** | ) | **(Electronically filed)** |
| | ) | |
| **HARVEY HOLLAND** | ) | |

**WRIT OF HABEAS CORPUS
AD PROSEQUENDUM**

**UNITED STATES OF AMERICA TO THE SUPERINTENDENT,
SCI-DALLAS**

**GREETINGS:**

      **YOU ARE COMMANDED TO PRODUCE NOW**, in the custody of the United States Marshal, or one of his deputies, before the United States District Court at Harrisburg, Pennsylvania, on **June 16, 2005, at 9:30 a.m.**, the person of **HARVEY HOLLAND**, **INMATE NO. EP-8162**, whom it is alleged you legally restrain of his liberty and against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, to the end that the said **HARVEY HOLLAND,** be heard on the criminal charges above referred to, charging violations of Title 21, United States Code, Sections 841(a)(1)/846, and you are directed to keep the said prisoner safe in custody and confine him from day to day, when not appearing before the Court, in a safe and suitable jail, and, at the conclusion of said proceeding, to immediately return the said **HARVEY HOLLAND** to **SCI-DALLAS**, to serve the balance of the sentence or sentences heretofore posed.

      HEREIN FAIL NOT and do return make hereof.

      WITNESS my signature on this, the 2nd day of June 2005.

                            /s/William W. Caldwell

                            _____
                            WILLIAM W. CALDWELL
                            United States District Judge