UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

NOTICE

UNITED STATES OF AMERICA        CASE NO. CR-01-00195-006

vs.                             Judge Caldwell

HARVEY HOLLAND

_____

**Type of Case:**
_____( ) Civil_____(X) Criminal_____

(xx) Take Notice that the proceeding in this case has been
    **RESCHEDULED** for the place, date, and time set forth below:

U.S. District Court          COURTROOM NO. 1 - Ninth Floor
228 Walnut Street            FROM: June 16, 2005 at 9:30 a.m.
Harrisburg, PA               TO: June 22, 2005 at 9:30 a.m.

TYPE OF PROCEEDING:          2255 Hearing on Remaining Claims

**NOTE: Attorneys and clients appearing for pleas are expected to be in the courtroom ten minutes prior to the time court is scheduled to begin to sign the appropriate paperwork.**

Mary E. D'Andrea, Clerk

_____
Ann Severino-Michael
Deputy Clerk

DATED: June 7, 2005

Judge William W. Caldwell
William A. Behe, AUSA
Gregory B. Abeln, Esquire
U.S. Marshal
U.S. Probation
Harvey Holland (IN CUSTODY)
Wes Armstrong, Lori Shuey, Wendy Yinger, Court Reporter(s)
File Copy

FILED
HARRISBURG, PA

JUN 0 7 2005

MARY E. D'ANDREA, CLERK
Per _____
     Deputy Clerk