# EXHIBIT LIST

U.S.A. vs Harvey Noland  CASE NUMBER CR-01-00195-006

JUDGE Caldwell

| | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|
| 1 | Request by Harvey Noland to Department of Corrections Incarceration Records - (dates-06/06/96)(7/15/97-7/30/98) | 6/22/05 | 6/22/05 | | from Harvey Noland |
| 2 | Elwyn Institute Records | 6/22/05 | 6/22/05 | | from Harvey Noland |

FILED
HARRISBURG, PA
JUN 22 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk