I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transportating the within named Harvey Holland from the SCI Camp Hill to the District Court (Caldwell) & Return This 22 day of June 19 05.

M. Regr
U. S. Marshal, M/D PA

By Wayne E. [signature]

I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transportating the within named _____ from the _____ to the _____ This ___ day of _____ 19__.

_____
U. S. Marshal, M/D PA

By _____

01-195