```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,  :
      Plaintiff
                           :

      vs.                    :  CRIMINAL NO.  1:CR-01-195-06
                           :

HARVEY HOLLAND,
      Defendant              :


## O R D E R

AND NOW, this 27th day of July, 2005, after hearing on the remaining claims of Defendant's § 2255 motion, it is Ordered that Defendant's brief shall be filed by August 12, 2005, and the government's brief shall be filed on or before August 26, 2005.

                                            /s/William W. Caldwell
                                         William W. Caldwell
                                         United States District Judge