IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:CR-01-195-06 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| | : | |
| HARVEY HOLLAND | : | (Electronically Filed) |

**DEFENDANT'S MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

AND NOW, comes the Defendant, Harvey Holland, by and through his court-appointed attorney, Gregory Barton Abeln, Esquire, who respectfully requests an extension of time to file his brief in support of his §2255 Motion and avers as follows:

1. On June 22, 2005, a hearing was held before this Honorable Court on the issues raised in the Defendant's §2255 Motion.

2. By Order of Court on July 27, 2005, this Honorable Court set a deadline for the brief in support of the Defendant's §2255 Motion for August 12, 2005

3. The undersigned counsel has a previously scheduled out-of-state vacation planned from July 29th to August 7th.

4. A brief ten-day extension would be sufficient to properly prepare the Defendant's brief in support of his §2255 Motion.

5. Counsel for the government concurs with this request.

WHEREFORE, it is respectfully requested that a ten-day extension on the briefing schedule be granted to allow counsel for the Defendant sufficient time to prepare the brief in support of the §2255 Motion.

Respectfully submitted,
ABELN LAW OFFICES

| | |
|---|---|
| <u>August 5, 2005</u><br>Date | <u>/s/ Gregory Barton Abeln</u><br>Gregory Barton Abeln, Esquire<br>Atty. ID# 35960<br>37 E. Pomfret Street<br>Carlisle, PA  17013<br>717/245-2851<br>E-Mail: abelnlaw@earthlink.net |

**CERTIFICATE OF CONCURRENCE**

      I, Gregory Barton Abeln, Esquire, hereby certify that on August 2, 2005, I contacted AUSA William Behe who stated that he would concur in the foregoing motion.

| | |
|---|---|
| <u>August 5, 2005</u><br>Date | <u>/s/ Gregory Barton Abeln</u><br>Gregory Barton Abeln, Esquire |

## CERTIFICATE OF SERVICE

I, Darlene F. Mellinger, do hereby certify that on this date I served a copy of the

**MOTION FOR EXTENSION OF TIME TO FILE BRIEF,** via Electronic Case Filing, or by

placing a copy in the United States mail, first class, addressed to the following:

AUSA William Behe, Esquire
Assistant U.S. Attorney
228 Walnut Street
Harrisburg, PA  17108

AND

Harvey Holland
EP8162
SCI – Camp Hill
PO Box 1000
Camp Hill, PA  17111-1000

|  |  |
|---|---|
|  | Respectfully submitted,<br>ABELN LAW OFFICES |
| August 5, 2005<br>Date | /s/ Darlene F. Mellinger<br>Darlene F. Mellinger,<br>Legal Assistant<br>37 E. Pomfret Street<br>Carlisle, PA  17013<br>717/245-2851<br>E-Mail: abelnlaw@earthlink.net |