IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:CR-01-195-06 |
| v. | : | (Judge Caldwell) |
| | : | |
| HARVEY HOLLAND | : | (Electronically Filed) |

**ORDER OF COURT**

AND NOW, this ____ day of _____, 2005, upon consideration of the Defendant's Unopposed Motion for Extension of Time to File Brief and for the reasons stated therein, the Motion is hereby **GRANTED.**

It is Ordered that Defendant's brief shall be filed by the ____ day of _____, 2005, and the government's brief shall be filed on or before the _____ day of _____, 2005.

BY THE COURT:

_____
Honorable William Caldwell
United States District Court

cc:   Gregory Barton Abeln, Esquire
          For the Defendant
      William Behe, Esquire
          For the Government