```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | : | |
| | : | |
| vs. | : | CRIMINAL NO.  1:CR-01-195-06 |
| | : | |
| HARVEY HOLLAND,<br>    Defendant | : | |

O R D E R

AND NOW, this 8th day of August, 2005, upon consideration of the Defendant's motion for extension of time to file brief (doc. 346), it is Ordered that Defendant's brief shall be filed by the 24th day of August, 2005, and the government's brief shall be filed on or before the 13th day of September, 2005.

                                    /s/William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge