OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

AUG 08 2005
MARY E. D'ANDREA, CLERK

Harvey Holland
SCI-D
Drawer K - Follies F
Dallas, PA 18612

HARRISBURG PA 171
PM 27 JUL 2005

refused SCI
Can of hall

RTS
RETURN TO SENDER

A ☐ INSUFFICIENT ADDRESS
  ☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/ STREET
S ☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

OTHER

17108/0583

Case No: 1:01-cr-00195-WWC   Document No: 345, User: am, 1 Copy Printed: Jul, 27, 2005 04:11 PM

Harvey Holland
SCI-D
Drawer K - Follies Rd.
Dallas, PA 18612-0286

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,        :
    Plaintiff
                                                       :

    vs.                              :   CRIMINAL NO. 1:CR-01-195-06

                                                       :
HARVEY HOLLAND,
    Defendant                   :

O R D E R

AND NOW, this 27th day of July, 2005, after hearing on the remaining claims of Defendant's § 2255 motion, it is Ordered that Defendant's brief shall be filed by August 12, 2005, and the government's brief shall be filed on or before August 26, 2005.

                                          /s/William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge

FILED
HARRISBURG, PA

JUL 27 2005

MARY E. D'ANDREA, CLERK
Per _____ D_____