1000 Follies Road
Dallas, PA 18612
September 22, 2005

Mr. Gregory Barton Abeln, Esquire
Attorney-At-Law
37 East Pomfret Street
Carlisle, PA 17013-3313

FILED
SCRANTON

OCT 03 2005

PER_____
DEPUTY CLERK

RE: United States of America v. Harvey Holland
    No.: 01-cr-00195

Dear Atty. Abeln:

Your letter and brief in support of my PCRA petition has been received. I would like to address certain issues.

I believe that your brief does not fully explains my issues which I filed in the memorandum of law. You filed three issues even though Your Honor granted to hear seven of ten in my pro-se petition. I wanted you to address the seven issues, considering the time I am facing (dying in prison). The three issues you presented do not demonstrate the prejudice caused by prior counsel's substandard performance, in fact, it lacks case law to substantiate arguments. I feel that my memorandum of law refers to the claims a lot stronger than your brief.

I am not satisfy with this brief and I believe that in no way should Your Honor allow such a brief, presenting two case law. The prosecutor will have a field day with the way you premised the arguments. If you've read the memorandum of law prepared by another inmate, you will see that he did it with the knowledge that the prosecutor would hold no punches in responding to my petition. The prosecutor will no doubt try to spin your arguments with case law, which you failed to produce, but for the two you incorporated in your first issue.

This petition you filed is not a brief and should not be considered as such. I believe that your performance in representing me is also substandard and I am sending a copy of this letter to the judge. Hopefully Your Honor understands how I feel about your representation of me. I was convicted of life, meaning dying in federal prison and this is my only chance to show that I should not have been convicted of life. You have presented a petition with a total of six pages on three arguments. I believe that is unacceptable.

At this time, I don't want you as my attorney and I am respectfully asking you to remove yourself considering the petition which you filed on my behalf which is inadequate and void as to the legal issues I originally sent the court in my memorandum of law. Furthermore, I bring up the term substandard, not just on the petition, but the fact that you basically ambushed me by telling me three minutes or so before

the hearing that I would be taking the stand. I can honestly say that I was confused and very scared. You knew that I was in Camp Hill from May 3, 2005 to June 28, 2005, a day before the hearing and not once did I receive correspondence from you via phone calls, interviews or letters. I know you stated that you had a hip replacement, but that doesn't negate the fact that you should have had someone contact me and advice me of your hearing strategy.

A copy of this letter has been sent to Honorable Judge Caldwell and Mr. William Behe, Esquire.

Please send me all the legal paperwork I gave you pertain to my case.

Sincerely,

*Harvey Holland*
Harvey Holland
EP8162


xc: Hon. Judge Caldwell
    Atty. Behe
    Mrs. D'Andrea, Clerk (1)
    HH/mo/file

**Name** Harvey Holland

**Number** EP-8162

State Correctional Institution at Dallas
1000 Follies Road, Dallas, Pa. 18612

INMATE MAIL
PA Dept of Corrections

U.S. District Court For The
Middle District of Pennsylvania
Clerk Of Court
Mrs. Mary D'Andrea, Clerk
U.S. Post Office & Courthouse
Scranton, PA. 18501.

RECEIVED SCRANTON
OCT 0 3 2005
DEPUTY CLERK

U.S. POSTAGE 00.37
DALLAS PA SEP 29 05
H METER 704340

18503/1536