IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | : | CRIMINAL   No.   1-CR-01-195-06 |
| vs. | : | |
| HARVEY HOLLAND,<br>    Defendant | : | CIVIL No. 1:CV-04-2277 |

NOTICE OF APPEAL

FILED
SCRANTON
DEC 1 6 2005
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Notice is hereby given that Harvey Holland, defendant, hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment "AND NOW, this 7th day of December, 2005, it is Ordered that: 1. Defendant's 2255 motion (Docs. 295, 301) is denied; 2. Based on the accompanying memorandum, a certificate of appealability is denied; 3. The Clerk of Court shall close this file."

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

Dated: December 12, 2005

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the foregoing document upon the person and in the manner indicated below, which service satisfies the requirements of Federal Rules of Civil Procedure Rule 5(a)(d):

SERVICE BY FIRST CLASS MAIL ADDRESSED AS FOLLOWS:

United States District Court
Middle District of Pennsylvania
Clerk of Court
Mary E. D'Andrea
U.S. Post Office and Courthouse
Scranton, PA 18501

United States District Court
Middle District of Pennsylvania
U.S. Post Office and Courthouse
Hon. William W. Caldwell, Judge
Scranton, PA 18501

U.S. Attorney
Mr. Thomas A. Marino, Esquire
William J. Nealon Federal Bldg.
235 N. Washington Avenue
Scranton, PA 18501

_____
Harvey Holland
EP8162
1000 Follies Road
Dallas, PA 18612

Dated: December 12, 2005

Name Harry F Holland
Number EP3162 - L-Block
State Correctional Institution at Dallas
1000 Follies Road, Dallas, Pa. 18612

**RECEIVED SCRANTON**
DEC 16 2005
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

INMATE MAIL PA DOC

United States District Court
Middle District Pennsylvania
Clerks Court,
Mary E D'ondrea
U.S. Post office + Court House
Scranton, PA. 18501

18501/3333

Hasler
016H5505353
Mailed From 18612
12/14/2005
$00.370
US POSTAGE