

## Inmate Work Hours
### For Inmate EP8162 HOLLAND, HARVEY FONTAINE

ddougalas                                                                                               12/30/2005

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|

**Pay Period 11/14/2005 to 12/13/2005  2005-11**

**Work Assignment SECURITY / L-Block Janitor / Crew:1 Assignment Type PRI**

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 11/14/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/15/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/16/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/17/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/18/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/21/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/22/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/23/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/28/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/29/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/30/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 12/01/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 12/02/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 12/05/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 12/06/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 12/07/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 12/08/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 12/09/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 12/12/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 12/13/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| **Asgnmt Totals:** | 120.00 | $27.60 | 0.00 | | $0.00 | 120.00 | $27.60 |

**Work Assignment EDUCATION SERVICES / School Group 1 / Crew:1 Assignment Type SEC**

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 11/07/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 11/08/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 11/09/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 11/10/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 11/21/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 11/22/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 11/23/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 11/28/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 11/29/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 11/30/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 12/01/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 12/02/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 12/05/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 12/06/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| **Asgnmt Totals:** | 28.00 | $7.00 | 0.00 | | $0.00 | 28.00 | $7.00 |
| **PayPer Totals:** | 148.00 | $34.60 | 0.00 | | $0.00 | 148.00 | $34.60 |

**Pay Period 10/14/2005 to 11/13/2005  2005-10**

**Work Assignment SECURITY / L-Block Janitor / Crew:1 Assignment Type PRI**

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 10/14/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |

## Inmate Work Hours
### For Inmate EP8162 HOLLAND, HARVEY FONTAINE
12/30/2005

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 10/17/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 10/18/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 10/19/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 10/20/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 10/21/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 10/24/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 10/25/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 10/26/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 10/27/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 10/28/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 10/31/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/01/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/02/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/03/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/04/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/07/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/08/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/09/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| 11/10/2005 | 6.00 | $1.38 | 0.00 | | $0.00 | 6.00 | $1.38 |
| **Asgnmt Totals:** | **120.00** | **$27.60** | **0.00** | | **$0.00** | **120.00** | **$27.60** |

**Work Assignment EDUCATION SERVICES / School Group 1 / Crew:1 Assignment Type SEC**

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 10/07/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/08/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 10/09/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 10/10/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 10/11/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/12/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/13/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/14/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/15/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 10/16/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 10/17/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/18/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/19/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/20/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/21/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/22/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 10/23/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 10/24/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/25/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/26/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/27/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/28/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/29/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |

## Inmate Work Hours
### For Inmate EP8162 HOLLAND, HARVEY FONTAINE

12/30/2005

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 10/30/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 10/31/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 11/01/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 11/02/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 11/03/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 11/04/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 11/05/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 11/06/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| Asgnmt Totals: | 40.00 | $10.00 | 0.00 | | $0.00 | 40.00 | $10.00 |
| PayPer Totals: | 160.00 | $37.60 | 0.00 | | $0.00 | 160.00 | $37.60 |

**Pay Period 09/14/2005 to 10/13/2005  2005-09**

### Work Assignment SECURITY / L-Block Janitor / Crew:1 Assignment Type PRI

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 09/14/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/15/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/16/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/19/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/20/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/21/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/22/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/23/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/26/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/27/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/28/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/29/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/30/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 10/03/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 10/04/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 10/05/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 10/06/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 10/07/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 10/11/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 10/12/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 10/13/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| Asgnmt Totals: | 126.00 | $26.46 | 0.00 | | $0.00 | 126.00 | $26.46 |

### Work Assignment EDUCATION SERVICES / School Group 1 / Crew:1 Assignment Type SEC

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 09/12/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 09/13/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 09/14/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 09/15/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 09/16/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 09/17/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 09/18/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 09/19/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |

## Inmate Work Hours
### For Inmate EP8162 HOLLAND, HARVEY FONTAINE
12/30/2005

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 09/20/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 09/21/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 09/22/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 09/23/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 09/24/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 09/25/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 09/26/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 09/27/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 09/28/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 09/29/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 09/30/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/01/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 10/02/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 10/03/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/04/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/05/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| 10/06/2005 | 2.00 | $0.50 | 0.00 | | $0.00 | 2.00 | $0.50 |
| Asgnmt Totals: | 30.00 | $7.50 | 0.00 | | $0.00 | 30.00 | $7.50 |
| PayPer Totals: | 156.00 | $33.96 | 0.00 | | $0.00 | 156.00 | $33.96 |

### Pay Period 08/14/2005 to 09/13/2005  2005-08

#### Work Assignment SECURITY / L-Block Janitor / Crew:1 Assignment Type PRI

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 09/01/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/02/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/06/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/07/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/08/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/09/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/12/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 09/13/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| Asgnmt Totals: | 48.00 | $10.08 | 0.00 | | $0.00 | 48.00 | $10.08 |
| PayPer Totals: | 48.00 | $10.08 | 0.00 | | $0.00 | 48.00 | $10.08 |

### Pay Period 04/07/2005 to 05/06/2005  2005-04

#### Work Assignment EDUCATION SERVICES / School Group 3 / Crew:1 Assignment Type SEC

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 04/07/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/08/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/11/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/12/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/13/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/14/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/15/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/18/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/19/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/20/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |

## Inmate Work Hours
### For Inmate EP8162 HOLLAND, HARVEY FONTAINE
12/30/2005

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 04/22/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/25/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/26/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/27/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/28/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/29/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 05/02/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| **Asgnmt Totals:** | 17.00 | $4.25 | 0.00 | | $0.00 | 17.00 | $4.25 |

**Work Assignment SECURITY / L-Block Janitor / Crew:1 Assignment Type PRI**

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 04/14/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/15/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/18/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/19/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/20/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/22/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/25/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/26/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/27/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/28/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/29/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 05/02/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| **Asgnmt Totals:** | 72.00 | $15.12 | 0.00 | | $0.00 | 72.00 | $15.12 |
| **PayPer Totals:** | 89.00 | $19.37 | 0.00 | | $0.00 | 89.00 | $19.37 |

**Pay Period 03/07/2005 to 04/06/2005  2005-03**

**Work Assignment EDUCATION SERVICES / School Group 3 / Crew:1 Assignment Type SEC**

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 03/07/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 03/08/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 03/09/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 03/10/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 03/11/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 03/12/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 03/13/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 03/14/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 03/15/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 03/16/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 03/17/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 03/18/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 03/19/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 03/20/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 03/21/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 03/22/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 03/23/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 03/24/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |

## Inmate Work Hours
### For Inmate EP8162 HOLLAND, HARVEY FONTAINE

12/30/2005

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 03/25/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 03/26/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 03/27/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 03/28/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 03/29/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 03/30/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 03/31/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/01/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/02/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 04/03/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 04/04/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/05/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 04/06/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| **Asgnmt Totals:** | 18.00 | $4.50 | 0.00 | | $0.00 | 18.00 | $4.50 |

**Work Assignment SECURITY / L-Block Janitor / Crew:1 Assignment Type PRI**

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 03/14/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/15/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/16/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/17/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/18/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/21/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/22/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/23/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/24/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/25/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/28/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/29/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/30/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/31/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/01/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/04/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/05/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/06/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/07/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/08/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/11/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/12/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 04/13/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| **Asgnmt Totals:** | 138.00 | $28.98 | 0.00 | | $0.00 | 138.00 | $28.98 |
| **PayPer Totals:** | 156.00 | $33.48 | 0.00 | | $0.00 | 156.00 | $33.48 |

**Pay Period 02/07/2005 to 03/06/2005  2005-02**

**Work Assignment EDUCATION SERVICES / School Group 3 / Crew:1 Assignment Type SEC**

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 02/07/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |

## Inmate Work Hours
### For Inmate EP8162  HOLLAND, HARVEY FONTAINE
12/30/2005

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 02/08/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/09/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/10/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/11/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/12/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 02/13/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 02/14/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/15/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/16/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/17/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/18/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/19/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 02/20/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 02/21/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 02/22/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/23/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/24/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/25/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/26/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 02/27/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 02/28/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 03/01/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 03/02/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 03/03/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 03/04/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 03/05/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 03/06/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| **Asgnmt Totals:** | **19.00** | **$4.75** | **0.00** | | **$0.00** | **19.00** | **$4.75** |

**Work Assignment SECURITY / L-Block Janitor / Crew:1 Assignment Type PRI**

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 02/14/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 02/15/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 02/16/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 02/17/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 02/18/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 02/22/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 02/23/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 02/24/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 02/25/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 02/28/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/01/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/02/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/03/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/04/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/07/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |

## Inmate Work Hours
### For Inmate EP8162 HOLLAND, HARVEY FONTAINE

12/30/2005

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 03/08/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/09/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/10/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| 03/11/2005 | 6.00 | $1.26 | 0.00 | | $0.00 | 6.00 | $1.26 |
| **Asgnmt Totals:** | 114.00 | $23.94 | 0.00 | | $0.00 | 114.00 | $23.94 |
| **PayPer Totals:** | 133.00 | $28.69 | 0.00 | | $0.00 | 133.00 | $28.69 |

**Pay Period 01/07/2005 to 02/06/2005  2005-01**

### Work Assignment EDUCATION SERVICES / School Group 3 / Crew:1 Assignment Type SEC

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 01/07/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 01/08/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 01/09/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 01/10/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 01/11/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 01/12/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 01/13/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 01/14/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 01/15/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 01/16/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 01/17/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 01/18/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 01/19/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 01/20/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 01/21/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 01/22/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 01/23/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 01/24/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 01/25/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 01/26/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 01/27/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 01/28/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 01/29/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 01/30/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 01/31/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/01/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/02/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/03/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/04/2005 | 1.00 | $0.25 | 0.00 | | $0.00 | 1.00 | $0.25 |
| 02/05/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| 02/06/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |
| **Asgnmt Totals:** | 20.00 | $5.00 | 0.00 | | $0.00 | 20.00 | $5.00 |

### Work Assignment SECURITY / L-Block Janitor / Crew:1 Assignment Type PRI

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 01/14/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 01/17/2005 | 0 | $0.00 | 0.00 | | $0.00 | 0.00 | $0.00 |

## Inmate Work Hours
### For Inmate EP8162 HOLLAND, HARVEY FONTAINE

12/30/2005

| Work Date | Regular Work Hours | Regular Pay Amount | Special Hours | Special Hours Code | Special Pay Amount | Asgnmt Daily Hours | Asgnmt Daily Amount |
|---|---|---|---|---|---|---|---|
| 01/18/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 01/19/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 01/20/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 01/21/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 01/24/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 01/25/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 01/26/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 01/27/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 01/28/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 01/31/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 02/01/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 02/02/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 02/03/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 02/04/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 02/07/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 02/08/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 02/09/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 02/10/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| 02/11/2005 | 6.00 | $1.20 | 0.00 | | $0.00 | 6.00 | $1.20 |
| **Asgnmt Totals:** | 120.00 | $24.00 | 0.00 | | $0.00 | 120.00 | $24.00 |
| **PayPer Totals:** | 140.00 | $29.00 | 0.00 | | $0.00 | 140.00 | $29.00 |

Mr. Harvey Holland
EP8162
1000 Follies Road
Dallas, PA 18612

January 9, 2006

RECEIVED
SCRANTON

JAN 14, 2005

PER _____
DEPUTY CLERK

United States District Court
for the Middle District of Pennsylvania
Clerk of Court
Ms. Mary E. D'Andrea
U.S. Post Office and Courthouse
Scranton, PA 18501

RE:   UNITED STATES OF AMERICA V. HARVERY HOLLAND
      DKT. No. 05-5471
      D.C. No. 01-cr-00195-6

Dear Ms. D'Andrea:

Respectfully enclosed you will find two copies of Application to Proceed in Forma Pauperis, Supporting Documentation and Order and Affidavit.

A copy of same has been forwarded to the U.S. Attorney's Office and the Third Circuit Court of Appeals.

At this time, I am invoking the mailbox rule pursuant to: Houston v. Lack, 108 S.Ct. 2379 (1988).

In advance, thank you.

Cordially,

Mr. Harvey Holland

xc:   HH/mo/file

