IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:CR-01-195-06 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| | : | |
| HARVEY HOLLAND | : | (Electronically Filed) |

**ORDER OF COURT**

AND NOW**,** this ____ day of January, 2006, upon consideration of Counsel's Motion for Withdrawal of Counsel, **IT IS HEREBY ORDERED** that the motion is **GRANTED.**

BY THE COURT:

_____
Honorable William Caldwell
United States District Court

cc:   Gregory Barton Abeln, Esquire
          For the Defendant
      William Behe, Esquire
          For the Government