## CERTIFICATE OF CONCURRENCE

I, Gregory Barton Abeln, Esquire, hereby certify that on January 13, 2006, I contacted AUSA William Behe who stated that the government would concur in the foregoing Motion for Withdrawal of Counsel.

January 16, 2006                                  /s/ Gregory Barton Abeln
Date                                             Gregory Barton Abeln, Esquire