```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,      :
        Plaintiff
                               :

        vs.                    :   CRIMINAL NO.  1:CR-01-195-06

                               :
HARVEY HOLLAND,
        Defendant              :
```

## O R D E R

AND NOW, this 17th day of January, 2006, upon consideration of Counsel's motion for withdrawal of counsel (doc. 369), it is ORDERED that the motion is GRANTED.

```
                              /s/William W. Caldwell
                             William W. Caldwell
                             United States District Judge
```