IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Respondent,

    v.                                    Criminal No. 1:CR-01-195-06

HARVEY HOLLAND,               Civil No. 1:CV-042277

    Petitioner.

_____/

PRO SE, NOTICE OF APPEAL F.R.A.P. 3;
4; 22(b); 24 (Local R. 3.4) See U.S.C.
§2253(a)

FILED
HARRISBURG, PA
FEB 2 4 2006
MARY E. D'ANDREA, CLERK
Per _____

NOTICE IS HEREBY GIVEN that Harvey Holland, the pro se petitioner, hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment of his motion filed pursuant to Title 28 U.S.C. §2255. Seeking to vacate, set aside, or correct conviction and sentence. Where the judge, William W. Caldwell, entered an order of denial of both §2255 motion and certificate of appealability on the 7th day of December 2005. See (Docs. 295, 301).

                                                                   Respectfully submitted,

                                                                    _____
                                                                    Harvey Holland
                                                                    State Correctional Institution Dallas
                                                                    1000 Follies Road
                                                                    Dallas, PA 18612

NAME: MR Nolla[?]
REG NO 26406-093
UNITED STATES PENITENTIARY
Box 305
Jonesville, Virginia 24263-0305

US District Court Magistrate D?
Pennsylvania U.S. Court house
228 Walnut st PO Box 983
Harrisburg PA 17108

17108+0383