IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Respondent,

v.

HARVEY HOLLAND,

    Petitioner.

Criminal No. 1:CR-01-195-06

Civil No. 1:CV-042277

---

PRO SE, NOTICE OF APPEAL F.R.A.P. 3; 4; 22(b); 24 (Local R. 3.4) See U.S.C. §2253(a)

---

NOTICE IS HEREBY GIVEN that Harvey Holland, the pro se petitioner, hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment of his motion filed pursuant to Title 28 U.S.C. §2255. Seeking to vacate, set aside, or correct conviction and sentence. Where the judge, William W. Caldwell, entered an order of denial of both §2255 motion and certificate of appealability on the 7th day of December 2005. See (Docs. 295, 301).

FILED
HARRISBURG, PA
MAR 06 2006
MARY E. D'ANDREA, CLERK
Per_____

Respectfully submitted,

_Harvey Holland_
Harvey Holland
State Correctional Institution Dallas
1000 Follies Road
Dallas, PA 18612

Name Harvey F. Holland
Number EP8162-L-Block-Cell-29
State Correctional Institution at Dallas
1000 Follies Road, Dallas, Pa. 18612

INMATE MAIL PA DOC



Hasler

0164165055353
Mailed From 18612
03/02/2006
$00.390
US POSTAGE

uNited States District Court
Middle District of pennsylvania
uS. Court House
228 WalNut Street
P.O. Box 983
Harrisburg, PA

17108+0983-83