OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
*for the*
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983



**MARY E. D'ANDREA**
*Clerk of Court*

(717) 221-3920
FAX (717) 221-3959

Harvey F. Holland
EP8162- L Block Cell 29
SCI Dallas
1000 Follies Road
Dallas, PA 18612

RE: 1:01-CR-195-06

March 8, 2006

Mr. Holland:

    Enclosed please find a current docket sheet of your above referenced case and copies of your two most recent appeals. A similar or identical notice of appeal was entered in this case on February 24, 2006. The document filed March 6, 2006 entitled "Pro Se, Notice of Appeal F.R.A.P. 3; 4; 22(b); 24 (Local R. 3.4) See U.S.C. § 2253(a)" appears to be identical to the appeal filed February 24, 2006. If you wish to proceed with this appeal which is identical to the one you already have pending, please respond to this office a the above address immediately indicating the differences between the appeal dated 2/24/06 and the most recent appeal of 3/6/06.

Sincerely,

Mary E. D'Andrea, Clerk

*Kevin J. Neary*
Kevin J. Neary, Deputy Clerk

enc.