March 10th, 2006

Office Of The Clerk
United States District Court
for the
Middle District Of Pennsylvania
U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA. 17108-0983

RE: Harvey Holland-EP-8162
    SCI Dallas
    1000 Follies Road,
    Dallas, PA. 18612

RE: 1:01-CR-195-06

FILED
HARRISBURG, PA
MAR 16 2006
MARY E. D'ANDREA, CLERK
Per _____

To: The Clerk:
    I am writing to you in regards to the Notice I recieved from your office-dated March 8, 2006.

    In regards to my recent appeal to this court. On February 24 th, 2006. I filed a "Notice of Appeal to this court then.
    Then I had filed another "Notice of Appeal On March, 6,2006.

    I had made a mistake as to filing the second "Notice of Appeal to this court. I had forgot that I already filed a Notice of Appeal-Back in February 24th, 2006.

    What I am asking you today! is for you to please disregard my "Notice of Appeal" Dated March 6th, 2006. Because that was a mistake by mailing the second "Notice Of Appeal to your office.

    Will you please-just disregard the "Notice of Appeal" that was mailed to your office on March 6th, 2006. Because that appeal is the same "Notice of Appeal" that I had already filed back in February 24, 2006.

    Please for your record disreard the "Notice of Appeal" that I filed on March 6th, 2006. The February 24th, 2006. Notice of Appeal is the only Notice of Appeal that I want to be filed to this court.

    Thank You! for your cooperation in this important matter. I hope to hear from you soon. As to this correction in which I just made a mistake and filed two Notice of Appeals to this Court.

Respectfully
Harvey Holland-Ep-8162

Name: Harvey Holland
Number: EP-8162
State Correctional Institution at Dallas
1000 Follies Road, Dallas, Pa. 18612

INMATE MAIL PA DOC

Hasler
016H16505353
$00.390
03/14/2006
Mailed From 18612
US POSTAGE

Office Of The Clerk
United States District Court
For The Middle District Of Pennsylvania
U.S. Courthouse
228 Walnut Street Rm. 1060
P.O. Box 983
Harrisburg, PA. 17108-0923