BPS-230                                                                                  May 18, 2006
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. **05-5471**

UNITED STATES OF AMERICA

v.

HARVEY HOLLAND

(M. D. Pa. Crim. No. 01-cr-00195-6)
(Criminal treated as Civil)

Present:     RENDELL, AMBRO and GREENBERG, <u>Circuit Judges</u>

Submitted are:

(1)    Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1) with attachments;

(2)    Appellant's motion for appointment of counsel with attachments; and

(3)    Appellant's memorandum of law in support of request for certificate of appealability and motion for appointment of counsel

in the above-captioned case.

                                                            Respectfully,

                                                            Clerk

MMW/JJT/je/cmd

**O R D E R**

The foregoing request for a certificate of appealability is denied because, for essentially the same reasons set forth by the District Court, Appellant has not made a substantial showing of the denial of a constitutional right.  See <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000); 28 U.S.C. § 2253(c)(2).  Appellant's motion for the appointment of counsel is denied.  See <u>Tabron v. Grace</u>, 6 F.3d 147, 155 (3d Cir. 1993).

                                                            By the Court,

                                                            /s/ Thomas L. Ambro, Circuit Judge

Dated: June 2, 2006
CMD/cc: Harvey Holland
            William A. Behe, Esq.



A True Copy:

Marcia M. Waldron, Clerk