Harvey Holland #EP8162
1000 Follies Road
Dallas, PA. 18612

FILED
HARRISBURG
DEC 12 2006
MARY E. D'ANDREA, CLERK
per _____ CW
DEPUTY CLERK

RE: United States of America v. Harvey Holland
No.: 01-Cr-00195

Dear Ms. Mary E. D'Andrea

Please can you help me in this matter? I would very much appreciate it.
Ms. Andrea I am Indigent and don't have any money in my account and I don't have a Lawyer at this point.
Ms. Andrea I went in front of Judge William W. Caldwell for a Habeas Corpus hearing Back in June 28 of 2005.
Ms. Andrea please can you send me my Transcripts from that hearing? So I can Be able to move on with my Case.
My Criminal Case Number is 1:Cr-01-195-06.
Ms. Andrea Just in Case you might Need my Lawyer Name
Mr. Gregory Barton Abein, Esquire Attorney-at-Law.

Thank you so very much for your time and help Ms. Andrea
God Bless you.

Sincerely your
Harvey Holland #EP8162
*Harvey Holland*

Name Harvey Holland
Number EP8162-L-Block-Cell-29
State Correctional Institution at Dallas
1000 Follies Road, Dallas, Pa. 18612

INMATE MAIL PA DOC

$00.390
12/11/2006
Mailed From 18612
US POSTAGE
Hasler

Office of the Clerk
United States District Court
Middle District of Pennsylvania
US Court House
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108