

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :
                             :
                             :
VS.                          :    CRIMINAL NO. 1:CR-01-195-06
                             :
                             :           J. Caldwell
HARVEY HOLLAND,              :
         Petitioner          :           **FILED**
                                         HARRISBURG, PA

                                         JUL 1 8 2007

### NOTICE OF APPEAL

                                         MARY E. D'ANDREA, CLERK
                                         Per _____
                                              Deputy Clerk

Notice is hereby given that Harvey Holland, defendant, hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment "AND NOW, this 12th day of July, 2007, it is ordered that: 1. Defendant's motion (doc. 399) for equitable relief under Article III of United States Constitution and Fed.R.Civ.P. 60(b)(6) is dismissed as substantively being a second or successive 28 U.S.C. 2255 motion which requires approval from the court of appeals. 2. Based on the accompanying memorandum, a certificate of appealability is denied."

Date: July 14, 2007

                                         _____
                                         Harvey Holland, pro-se
                                         EP8162
                                         1000 Follies Road
                                         Dallas, PA 18612

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CRIMINAL NO. 1:CR-01-195-06 |
| | : | |
| HARVEY HOLLAND, | : | |
| Petitioner | | |

## PROOF OF SERVICE

I certify that on this 14th day of July 2007, I am sending notice of appeal petitions to the individuals below:

### SERVICE BY FIRST CLASS MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

MR. WILLIAM BEHE, ESQUIRE
U.S. ATTORNEY'S OFFICE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

*Harvey Holland*
Harvey Holland, pro-se
EP8162
1000 Follies Road
Dallas, PA 18612



From: Mr. Harvey Holland
EP8162
1000 Follies Rd.
Dallas, PA 18612

To: Office of The Clerk
United States District Court
Middle District of PA
U.S. Courthouse
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108