FPS - 547                                                                                    DATE: August 30, 2007

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>07-3172</u>

USA v. Holland

To:  Clerk

1) Motion by Appellant for leave to appeal <u>in forma pauperis</u>

---

The foregoing motion to proceed <u>in forma pauperis</u> is granted.

For the Court,

/s/Marcia M. Waldron
Clerk

A True Copy:

Marcia M. Waldron, Clerk

Dated: August 31, 2007

ARL/cc: HH; WAB