BLD-27                                                                                          October 25, 2007

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **07-3172**

UNITED STATES OF AMERICA

    VS.

HARVEY HOLLAND

    (M.D. PA. CRIM. NO. 01-CR-00195-6)
    CRIMINAL TREATED AS CIVIL

Present: McKee, Rendell and Smith, <u>Circuit Judges</u>

    Submitted is appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);
    in the above-captioned case.

                                          Respectfully,

                                          Clerk

MMW/SXB/nf/arl

_____ORDER_____
The request for a certificate of appealability is denied. Jurists of reason could not debate that the District Court properly denied Holland's first claim as substantively being a second or successive motion under 28 U.S.C. § 2255. Had the District Court properly considered Holland's second claim as a claim under Fed. R. Civ. P. 60(b), jurists of reason could not debate the propriety of denying relief under Rule 60(b).



                                          By the Court,

                                          <u>/s/ Theodore A. McKee</u>
                                          Circuit Judge

Dated: December 17, 2007
                                 Marcia M. Waldron, Clerk
ARL/cc: HH; WAB