IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          :
      Plaintiff
                                    :

      vs.                         :   CRIMINAL NO.  1:CR-01-195-06

                                    :
HARVEY HOLLAND,
      Defendant                  :

*O R D E R*

AND NOW, this 14th day of February, 2008, IT IS ORDERED that the Federal Public Defender's Office, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (717) 782-2237, is appointed to represent the defendant for the purpose of addressing the crack cocaine amendment pursuant to 18 U.S.C. § 3582(c)(2).

                                                /s/William W. Caldwell
                                                William W. Caldwell
                                                United States District Judge