FILED
HARRISBURG, PA

APR 29 2008

MARY E. D'ANDREA, CLERK
Per: _____
        Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No.: 1:CR-01-195-06 |
| | : |
| HARVEY HOLLAND | : |

### MOTION FOR SIX YEARS CREDITED SPENT IN STATE CUSTODY TO APPLY TO FEDERAL SENTENCE UNDER §5G1.3(B)

NOW COMES Harvey Holland appearing pro se citing Haines v. Kerner, 404 U.S. 519 (1972). Petitioner Holland contends that he should receive credit against his federal sentence for the time he had already spent in state custody.

### PROCEDURAL HISTORY

While the petitioner was serving a term of imprisonment in state custody the federal authority indicted the defendant on January 4, 2002 with distribution and possession with intent to distribute fifty grams or more of crack cocaine and conspiracy to do the same. On or about June 6, 2002 following a jury trial the petitioner was found guilty on counts two and five, and or about December 13, 2002 the petitioner was sentenced to concurrent terms of life imprisonment on the two counts of conviction all of this was while petitioner was still in state custody.

### ARGUMENT

Subsequently while in state custody petitioner was indicted on federal charges because petitioner Holland was serving a term of imprisonment at the time of his federal sentence, he should of been subject to the provisions of U.S.S.G. 5G1.3 which governing the imposition of a sentence on a petitioner who is subject to an undischarged term of imprisonment.

Petitioner Holland also contends that he should receive credit against his federal sentence for the time he had already spent in state custody.

### JURISDICTION OF THE COURT

In general a district court has broad discretion in choosing to sentence a defendant to an undischarged sentence of imprisonment the court generally has authority to impose an imprisonment sentence on the current offense to run concurrently with or consecutively to the prior undischarged term. See 18 U.S.C. §3584(a) exercise of that authority. However is predicated on the court's consideration of the factors listed in 18 U.S.C. §3553(a) including any applicable guidelines or policy statements issued by the Sentencing Commission.

### CONCLUSION

For the foregoing reasons petitioner Holland hope and prays that the district court order that the petitioner receive credit against his federal sentence for the time he had already spent in state custody.

DATED: April 21, 2008

Harvey Holland

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served via mail this ____ day of May 2008 upon

       William Behe, AUSA
       228 Walnut Street
       Room 217 Federal Building
       Harrisburg, PA 17101

                          Respectfully submitted,

                        _____
                        Harvey Holland #11264-067
                        USP Big Sandy
                        P.O. Box 2068
                        Inez, KY 41224



Harvey f Holland # 11264-067
United States penitentiary, Big Sandy
p.o. Box 2068
INEZ, KY. 41224

INEZ KY
APR 23 2008
41224

office of the Clerk
united States District Court
Middle District of pennsylvania
u.s. Court House
228 Walnut street
p.o. Box 983
HarrisBurg, PA. 17108

Legal Mail