THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 3:01-CR-195 |
| v. | : (JUDGE MARIANI) |
| | : |
| HARVEY HOLLAND, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS ___7th___ DAY OF SEPTEMBER 2022, for the reasons set forth in this Court's accompanying Memorandum Opinion and upon consideration of Defendant Harvey Holland's Motion for Resentencing Under Section 404(b) of the First Step Act (Doc. 494) and all relevant documents, **IT IS HEREBY ORDERED THAT** Defendant's Motion for Resentencing Under the First Step Act (Doc. 494) is **GRANTED IN PART AND DENIED IN PART, TO WIT:**

1. Defendant's Motion for Resentencing pursuant to Section 404(b) of the First Step Act (Doc. 494) is **GRANTED.**

2. Defendant's life sentence on each of counts two and five is **REDUCED** to forty years imprisonment on each count, to be served consecutively.

3. Defendant's request for a further reduction in sentence, specifically a sentence of time served, is **DENIED.**

4. Defendant's request for a plenary resentencing hearing is **DENIED.**

_____
Robert D. Mariani
United States District Judge